MORTON GERMAN, Appellant, v. ALBERT YAURNO, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. All concur. (The judgment is for defendant for no cause of action in an automobile negligence action.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOLOMON MATLIN, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent. — Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and directs that relator be returned to Kings County Court for resentence.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

In the Matter of SANDRA M. FERRIS, an Infant. EARL FERRIS, Appellant; .ETHELYN M. FERRIS, Respondent.— Order affirmed, without costs of this appeal to any party. (See Children's Court Act, § 30-a, subd. 5; § 31, subd. 5; L. 1922, ch. 547, as amd.) All concur. (The order directs defendant to pay for the support of a child.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

In the Matter of the Accounting of SYRACUSE TRUST COMPANY, as Trustee under the Will of FRANK E. WADE, Deceased, Respondent. MARGARET S. WADE et al., Appellants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See ante, p. 712.]

ANDREW LAZEWSKI, Respondent, v. MARTHA K. LAZEWSKI, Appellant.— Motion for reargument denied. Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See ante, p. 874.]

## (May 23, 1946.)

DOROTHY J. LEIBFRIED et al., Respondents, v. WILLIAM E. LAWSON, Appellant. — Judgment and order affirmed, with costs. All concur, except Harris, J., who dissents and votes for reversal and for granting a new trial on the ground that the finding of freedom from contributory negligence was against the weight of evidence. (The judgment is for plaintiffs in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MORRISON, Appellant, against JOHN F. FOSTER, as Warden of Auburn Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE MCCARTHY, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of carnal abuse of child.). Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.